UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

TINA BRAUNSTEIN and CINDY
MARTINEZ, on behalf of themselves and
others similarly situated,

CASE NO.  19-CV-7983 (PGG) (KNF)

                             **Plaintiff,**

       v.

HUDSON HALL, LLC, d/b/a MERCADO
LITTLE SPAIN and JOSE RAMON
ANDRES PUERTA a/k/a JOSE ANDRES,

**Defendants.**
---------------------------------------------------------x

## NOTICE OF MOTION

      PLEASE TAKE NOTICE that upon the accompanying memorandum of law and annexed materials, Plaintiffs, on behalf of themselves and all others similarly situated, by their undersigned attorneys, shall move the Court before the Honorable Paul G. Gardephe at the United States Court for the Southern District of New York, 40 Foley Square, New York, New York, on such day and time as counsel may be heard, for an order preliminarily approving the class action settlement agreement and notice to the class.

Dated:  New York, New York
          April 3, 2020

                                           /s/ Denise A. Schulman
                                           D. Maimon Kirschenbaum
                                           Denise A. Schulman
                                           Michael DiGiulio
                                           JOSEPH & KIRSCHENBAUM LLP
                                           32 Broadway, Suite 601
                                           New York, NY 10004
                                           (212) 688-5640
                                           (212) 688-2548 (fax)

                                           *Attorneys for Plaintiffs, Opt-In Plaintiffs, and the proposed Class*