# Joseph & Kirschenbaum LLP
Attorneys at Law

| | |
|---|---|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Phone 212) 688-5640 |
| Josef Nussbaum | Fax (212) 688-2548 |
| Lucas Buzzard | www.jk-llp.com |
| Leah Seliger | |

July 7, 2020

**VIA ECF**

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

        Re:    **Braunstein v. Hudson Hall, LLC**
              **No. 19 CV 7983 (PGG)(KNF)**

Dear Judge Gardephe:

      We represent the Plaintiffs in the above-referenced action. In accordance with Your Honor's Individual Rules, I write to inform the Court that over 90 days have passed since Plaintiffs' motion for preliminary approval of the class action settlement in this case was fully submitted (Dkt. No. 25), and the motion has not yet been decided. We thank the Court for its attention to this matter.

                                  Respectfully submitted,

                                    /s/ Denise A. Schulman
                                  Denise A. Schulman

cc: All Counsel (via ECF)