**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x

**TINA BRAUNSTEIN and CINDY MARTINEZ, on behalf of themselves and others similarly situated,**

            **Plaintiff,**

          v.

**HUDSON HALL, LLC, d/b/a MERCADO LITTLE SPAIN and JOSE RAMON ANDRES PUERTA a/k/a JOSE ANDRES,**

           **Defendants.**
-------------------------------------------------------x

**CASE NO. 19-CV-7983 (PGG) (KNF)**

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and annexed materials, Plaintiffs, on behalf of themselves and all others similarly situated, by their undersigned attorneys, shall move the Court before the Honorable Paul G. Gardephe at the United States Court for the Southern District of New York, 40 Foley Square, New York, New York, on May 13, 2021 at 9:30 a.m. for an order granting final approval of the class action settlement agreement.

Dated: New York, New York
       May 6, 2021

/s/ Denise A. Schulman
D. Maimon Kirschenbaum
Denise A. Schulman
Michael DiGiulio
JOSEPH & KIRSCHENBAUM LLP
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640
(212) 688-2548 (fax)

*Attorneys for Plaintiffs, Opt-In Plaintiffs, and the Class*